**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marty Lorenzo WRIGHT,**
**Defendant–Appellant.**

No. 01–7064.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 28, 2001.

Decided Jan. 15, 2002.

Robert Bryan Rigney, Protogyrou & Rigney, P.L.C., Norfolk, Virginia, for Appellant. Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

.

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Marty Lorenzo Wright seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Wright,* Nos. CR–95–39; CR–95–44; CA–99–112–4 (E.D.Va. Apr. 30, 2001). We deny Wright's motion for the appointment of counsel at the Government's expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*